JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | ) Case No. CV 14-8770-GHK (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| SUPERIOR COURT OF CALIFORNIA, ET AL, | ) |
| Respondents. | ) |

In accordance with the Order re Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: February 6, 2015

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE